# Third District Court of Appeal

## State of Florida

Opinion filed December 19, 2018.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D17-2391
Lower Tribunal No. 15-13914

_____

## Westchester Fire Insurance Company, LLC,
Appellant,

vs.

## Kesoki Painting LLC,
Appellee.

An appeal from the Circuit Court for Miami-Dade County, Barbara Areces, Judge.

Eaton & Wolk, PL, and Douglas F. Eaton, for appellant.

Taylor Espino Vega & Touron, P.A., and Daniel R. Vega and Vanessa A. Van Cleaf, for appellee.

Before SUAREZ, LOGUE, and LINDSEY, JJ.

SUAREZ, J.

In this companion case to 3D16-2523, Westchester Fire Insurance Company, LLC, appeals from a final judgment awarding attorney's fees in favor of Kesoki

Painting, LLC.  "The standard of review for an award of prevailing party attorney fees is abuse of discretion."  <u>Shands Teaching Hosp. & Clinics, Inc. v. Mercury Ins. Co. of Florida</u>, 97 So. 3d 204, 213 (Fla. 2012).  However, Westchester failed to include a hearing transcript.  "Without a transcript of the hearing, our review is limited to errors appearing on the face of that judgment."  <u>Pazouhandeh v. Salgar Const. Co.</u>, 112 So. 3d 151, 152 (Fla. 5th DCA 2013).  We find no such errors here on the face of the trial court's detailed and well-written order.  Accordingly, we affirm.

Affirmed.

**ANY POST-OPINION MOTION MUST BE FILED WITHIN SEVEN DAYS.  A RESPONSE TO THE POST-OPINION MOTION MAY BE FILED WITHIN FIVE DAYS  THEREAFTER.**